# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **LINDA GALE HALL,** | ) | |
| Plaintiff, | ) | Case No. 2:22CV00013 |
| v. | ) | **ORDER** |
| **KILOLO KIJAKAZI,** **ACTING COMMISSIONER OF SOCIAL SECURITY,** | ) | JUDGE JAMES P. JONES |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed November 20, 2023, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The motions for summary judgment by the plaintiff (ECF No. 14) and by the defendant (ECF No. 19) are DENIED; and

3. The final decision of the Commissioner of Social Security is VACATED and this action is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further consideration in accord with the Report.

ENTER: February 26, 2024

/s/ JAMES P. JONES
Senior United States District Judge